UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
LARRY S. FRANKEL AS LEGAL GUARDIAN
FOR JEROME FRANKEL, LILLIAN COWAN,
BARBARA BROWN, BERNARD GELB,
UNCLAIMED PROPERTY RECOVERY
SERVICES, INC., ,

                                      Plaintiffs,

vs.

JAMES B. COLE, JOSEPH SCLAFANI, JOSEPH
LIFRIERI, WILLIAM J. MORAN, WILLIAM H.
McDAVID, D'ARCY LeCLAIR, JAMES W.
ZEIGON, BARRY MACKLIN, ROBERT
MACALLISTER, E. VAN VALEN, F. ANGELO,
C. BRAUN, J.P. MORGAN CHASE & CO., THE
CHASE MANHATTAN BANK, N.A., CHASE
MANHATTAN CORPORATION, CHASE BANK
OF TEXAS, N.A., CHASE SECURITIES
PROCESSING CORPORATION,

                                      Defendants.
------------------------------------------------------------x

Case No.: 06-CV-439 (CBA)(RER)

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT

Pursuant to Rule 7.1. of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for JPMorgan Chase & Co (sued herein as J.P. Morgan Chase & Co. and successor to Chase Manhattan Corporation)[1] and JPMorgan Chase Bank, N.A. (successor to The Chase Manhattan Bank, N.A. and Chase Bank of Texas, N.A.) certifies as follows:

---

[1] A former subsidiary of Chase Manhattan Corporation, Chase Securities Processing Corporation, also was named as a Defendant. However, Chase Securities Processing Corporation was dissolved in 1997.

The parent corporation of JPMorgan Chase Bank, N.A. is JPMorgan Chase & Co. No other publicly held corporation owns 10 percent or more of JPMorgan Chase Bank, N.A.'s stock.

JPMorgan Chase & Co. is a publicly held corporation. No publicly held corporation owns 10 percent or more of JPMorgan Chase & Co.'s stock.

Dated: June 19, 2006
      New York, New York

SIMPSON THACHER & BARTLETT LLP

By _____
Paul C. Curnin, (PC 7209)
Christine M. Ford (CF 3351)
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Attorneys for Defendants

2